IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEIZURE OF: | ) ) ) | |
| CONTENTS OF COMPASS BANK ACCOUNT NUMBER 87330605 IN THE NAME OF RAPID DRYWALL SUBCONTRACTORS, INC.; | ) ) ) ) ) | Misc No. 2:06mj109-CSC |
| CONTENTS OF COMPASS BANK ACCOUNT NUMBER 26555744 IN THE NAME OF OCTAVIO TREJO PATINO AND RONDA BAIRD; | ) ) ) ) ) | Misc No. 2:06mj110-CSC |
| CONTENTS OF COMPASS BANK ACCOUNT NUMBER 28071124 IN THE NAME OF BARBARA S. HAYNES AND RONDA BAIRD; | ) ) ) ) ) | Misc No. 2:06mj111-CSC |
| CONTENTS OF COMPASS BANK ACCOUNT NUMBER 22141694 IN THE NAME OF RONDA S. BAIRD; | ) ) ) ) | Misc No. 2:06mj112-CSC |
| CONTENTS OF COMPASS BANK ACCOUNT NUMBER 16107174 IN THE NAME OF CHRE' SHAWNTAE HOUSTON, RONDA BAIRD CUSTODIAN; | ) ) ) ) ) ) | Misc No. 2:06mj113-CSC |
| CONTENTS OF COMPASS BANK ACCOUNT NUMBER 16107166 IN THE NAME OF OCTAVIO TREJO PATINO, JR., RONDA BAIRD CUSTODIAN. | ) ) ) ) ) ) | Misc No. 2:06mj114-CSC |

**O R D E R**

Upon consideration of the Motion for Release of Seized Funds heretofore filed in the

above-styled matter, and for good cause shown, it is

ORDERED that this matter be and is hereby SET for a hearing on December 12, 2006, at 9:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. At the hearing, the court expects counsel to present evidence of ownership of the accounts at issue.

Done this 29th day of November, 2006.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE