IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: ) ) ) CONTENTS OF COMPASS BANK ) ACCOUNT NUMBER 87330605 IN ) THE NAME OF RAPID DRYWALL ) SUBCONTRACTORS, INC.; ) ) | Misc No. 2:06mj109-CSC |
| CONTENTS OF COMPASS BANK ) ACCOUNT NUMBER 26555744 IN ) THE NAME OF OCTAVIO TREJO ) PATINO AND RONDA BAIRD; ) | Misc No. 2:06mj110-CSC |
| CONTENTS OF COMPASS BANK ) ACCOUNT NUMBER 28071124 IN ) THE NAME OF BARBARA S. HAYNES ) AND RONDA BAIRD; ) | Misc No. 2:06mj111-CSC |
| CONTENTS OF COMPASS BANK ) ACCOUNT NUMBER 22141694 IN ) THE NAME OF RONDA S. BAIRD; ) | Misc No. 2:06mj112-CSC |
| CONTENTS OF COMPASS BANK ) ACCOUNT NUMBER 16107174 IN ) THE NAME OF CHRE' SHAWNTAE ) HOUSTON, RONDA BAIRD ) CUSTODIAN; ) | Misc No. 2:06mj113-CSC |
| CONTENTS OF COMPASS BANK ) ACCOUNT NUMBER 16107166 IN ) THE NAME OF OCTAVIO TREJO ) PATINO, JR., RONDA BAIRD ) CUSTODIAN. ) | Misc No. 2:06mj114-CSC |

**O R D E R**

For good cause, it is

ORDERED that the hearing presently set for December 12, 2006, at 9:00 a.m. be and is hereby **RESET to 10:00 a.m.** on December 12, 2006, in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 6th day of December, 2006.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE