## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | | |
|---|---|---|---|
| **HON. CHARLES S. COODY** | AT | Montgomery, Alabama | |
| **DATE COMMENCED:** 12/12/06 | AT | Digital Recorded: 10:01 - 10:05 | |
| **DATE COMPLETED:** 12/12/06 | TO | | |

| | | |
|---|---|---|
| IN THE MATTER OF THE SEIZURE OF: | * | |
| Contents of Compass Bank Account Number 87330605 in the Name of Rapid Drywall Subcontractors, Inc. | * | CASE NO. 2:06-MJ-109-CSC |
| Contents of Compass Bank Account Number 26555744 in the Name of Octavio Trejo Patino and Ronda Baird | * | CASE NO. 2:06-MJ-110-CSC |
| Contents of Compass Bank Account Number 28071124 in the Name of Barbara S. Haynes and Ronda Baird | * | CASE NO. 2:06-MJ-111-CSC |
| Contents of Compass Bank Account Number 22141694 in the Name of Ronda S. Baird | * | CASE NO. 2:06-MJ-112-CSC |
| Contents of Compass Bank Account Number 16107174 in the Name of Chre' Shawntae Houston, Ronda Baird Custodian | * | CASE NO. 2:06-MJ-113-CSC |
| Contents of Compass Bank Account Number 16107166 in the Name of Octavio Trejo Patino, Jr., Ronda Baird Custodian | * | CASE NO. 2:06-MJ-114-CSC |

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. John Harmon | | Atty. Mark A. Treadwell |

**COURT OFFICIALS PRESENT:**

**Court Room Deputy:** WANDA STINSON

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: Hearing on Motion to Release Funds

# SEE MINUTES ATTACHED

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** | | |
|---|---|---|
| **Description** | Motion hrg.:  06mj109, 06mj110, 06mj111, 06mj112, 06mj113, 06mj114 | |
| **Date** 12/12/2006 | **Location** | Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 10:02:02 AM | Court | Court convenes; parteis present as noted;  Discussions as to the motion to release funds; |
| 10:02:26 AM | Atty. Harmon | Addresses the court as to opposing counsel to present evidence on the matter to the court; |
| 10:02:33 AM | Atty. Treadwell | Response; Have an exhibit that provides the signature cards for accounts marked as Deft's Exh. #1;  The agreement reached corresponds with the account numbers;  There was $540, 000 or  right at $550,00 from various accts seized, and the agreement was to release $50,000 from the accts; |
| 10:04:00 AM | Court | Is the govt. satisfied that these  accts. are the accts. of the defts?; |
| 10:04:07 AM | Atty. Harmon | We are; In our agreement the defts claimed ownership of all accept one account, which was a small amount; |
| 10:04:24 AM | Atty. Treadwell | Discussion as to the Rapid Dry Wall account, that the signature authorization shows a Barbara Hanes was a joint depositor, she was their bookkeeper who had some access to operate the payroll; |
| 10:05:06 AM | Court | Court is satisfied with exhibit and will grant that motion;  court is recessed. |

# SIGNATURE CARD

| Date | Prepared By | State, Branch No. & Cost Center |
|---|---|---|
| 11-4-02 | T. Bork, R | AL 407 30305 |

[X] New Account    [ ] Change Authorized Signers**    [ ] Name Change**

** New Resolution is required

The undersigned agree(s) to the terms of the Agreement for Non-Consumer Deposit Accounts and acknowledge(s) receipt of a copy of the Agreement and a current interest and service charge schedule or disclosure.

## ONLY ONE ACCOUNT PER CARD
## USE BLACK MEDIUM POINT PEN

**ACCOUNT NAME**

| TAXPAYER IDENTIFICATION NUMBER | NO. SIG. REQUIRED | BANK NO. | ACCOUNT NO. |
|---|---|---|---|
| 582641993 | 1 | 077 | 87330605 |

Name _Ronda Baird_ Title _____

Signature ⊗ _Ronda Baird_

Name _____ Title _____

Signature _____

Name _____ Title _____

Signature _____

Name _____ Title _____

Signature _____

**TAXPAYER IDENTIFICATION NUMBER CERTIFICATION**
(Refer to the Disclosure Booklet for Non-Consumer Accounts for a complete explanation of Backup Withholding Regulations.)
Under penalties of perjury, I certify that:

1. The Internal Revenue Service has not advised me that I am currently subject to backup withholding unless I check this block. [ ]

2. [X] The number shown above is the correct Taxpayer Identification Number for tax reporting purposes; OR
   [ ] A Taxpayer Identification Number has been, or soon will be, applied for; OR
   [ ] Based on Internal Revenue Service regulations, I am an exempt recipient and not subject to Backup Withholding.

Authorized Signature ⊗ _Ronda Baird_

Rev. 7/97

BRANCH COPY

(JetForm - NONPRSIG)   AL/FL/TX

DEFENDANT'S EXHIBIT 1
Blumberg No. 5114

# Compass Bank

**PERSONAL DEPOSIT ACCOUNT SIGNATURE CARD**

| Date | Prepared By | State, Branch No & Cost Center |
|---|---|---|
| 06/04/2004 | Melissa Mennifield | AL   407   30305 |

[X] New Account   [ ] Name Change   [ ] Add Party to Account   [ ] Appoint Successor Custodian

## ONLY ONE ACCOUNT PER CARD - USE BLACK MEDIUM POINT PEN

**PARTIES TO THE ACCOUNT (NAME ONE OR MORE PARTIES)**
CHRE' SHAWNTAE HOUSTON

| SOCIAL SECURITY NUMBER | BANK NO | ACCOUNT NO |
|---|---|---|
| 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 | 077 | 16107174 |

**RIGHTS AT DEATH (select one):**

[ ] SINGLE-PARTY ACCOUNT  At death of party, ownership passes as part of party's estate

[ ] SINGLE-PARTY ACCOUNT WITH POD (PAY ON DEATH) DESIGNATION (Name one or more beneficiaries)

At death of party, ownership passes to POD beneficiaries and is not part of party's estate.

[ ] MULTIPLE-PARTY ACCOUNT WITH RIGHT OF SURVIVORSHIP At death of party, ownership passes to surviving parties

[ ] MULTIPLE-PARTY ACCOUNT WITH RIGHT OF SURVIVORSHIP AND POD (PAY ON DEATH) DESIGNATION (Name one or more beneficiaries)

At death of last surviving party, ownership passes to POD beneficiaries and is not part of last surviving party's estate

*FLORIDA ONLY AND HUSBAND AND WIFE ONLY
Compass Bank does not offer account ownership in the form of Joint Tenants by the Entirety. If you are a married couple who jointly own a survivorship account, the form of that account ownership is Joint Tenants with the right of survivorship. Joint Tenants by the Entirety is specifically disclaimed

**ACCOUNT AGREEMENT:** By signing below, Customer (1) requests a deposit account with Compass Bank, (2) acknowledges receiving a copy of the Disclosure Booklet for Consumer Accounts and either the Disclosure for Interest Earning Consumer Accounts or the Disclosure for Non-Interest Earning Consumer Accounts, and (3) agrees to the terms and conditions of the account provided in those disclosures. If this form is being used to add a party to the account or appoint a successor custodian, the existing party agrees to the addition or change by signing this card

Name  CHRE' SHAWNTAE HOUSTON                Name  RONDA S BAIRD

Signature  NO SIGNATURE REQUIRED FOR BENEFICIARY      Signature  /s/ Ronda Sue Baird

**TAXPAYER IDENTIFICATION NUMBER CERTIFICATION**
(Refer to the Disclosure Booklet for Consumer Accounts for a complete explanation of Backup Withholding Regulations.)
Under penalties of perjury, I certify that
1. The Internal Revenue Service has not advised me that I am currently subject to backup withholding unless I check this block. [ ]
2. I am a U.S. person (including a U.S. resident alien) unless I check this block. [ ]
3. [X] The Social Security Number shown above is the correct Taxpayer Identification Number; OR
   [ ] I have applied for a Social Security Number (If number is not provided within 60 days, the account will be closed. If a withdrawal of $500 or more is made prior to the Bank's receipt of this number, the Bank will withhold 28% from interest payments), OR
   [ ] All owners of this account are nonresident aliens and each owner has provided the appropriate completed Form W-8.

Signature of Tax Record Owner  X /s/ Ronda Sue Baird

## ATM CARD APPLICATION

Sign me up for the fee schedule indicated   [ ] Per-Transaction Charge   [ ] Monthly Fee   [ ] Annual Fee

[ ] I AM APPLYING FOR A COMPASS CHECK CARD        [ ] PIN for Compass Check Card selected on Demomate
[ ] ADDING LISTED ACCOUNTS TO EXISTING CARD NUMBER ____    Demomate ID No. (7 digits) ____  Related Offset No. (5 digits) ____
[ ] I ACKNOWLEDGE RECEIPT OF COMPASS COURIER CARD NO ____ AND OF THE COMPASS ATM CARD AGREEMENT
AND DISCLOSURE STATEMENT.

**I WANT MY CARD TO ACCESS THE FOLLOWING ACCOUNTS (must be an owner on each account)**

| Chk | Sav | Account Number | Chk | Sav | Account Number | Chk | Sav | Account Number |
|---|---|---|---|---|---|---|---|---|
|  | P |  |  |  |  |  |  |  |
|  | P |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

Signature ____   ID (Required) ____

## ATM CARD APPLICATION

[ ] I AM APPLYING FOR A COMPASS CHECK CARD        [ ] PIN for Compass Check Card selected on Demomate
[ ] ADDING LISTED ACCOUNTS TO EXISTING CARD NUMBER ____    Demomate ID No. (7 digits) ____  Related Offset No. (5 digits) ____
[ ] I ACKNOWLEDGE RECEIPT OF COMPASS COURIER CARD NO ____ AND OF THE COMPASS ATM CARD AGREEMENT
AND DISCLOSURE STATEMENT.

**I WANT MY CARD TO ACCESS THE FOLLOWING ACCOUNTS (must be an owner on each account):**

| Chk | Sav | Account Number | Chk | Sav | Account Number | Chk | Sav | Account Number |
|---|---|---|---|---|---|---|---|---|
|  | P |  |  |  |  |  |  |  |
|  | P |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

Signature ____   ID (Required) ____

Rev 5/04                  Data Entry (Bag)                  (JetForm - AFPERSG)  AL/FL

**Compass Bank**

# PERSONAL DEPOSIT ACCOUNT SIGNATURE CARD

| Date | Prepared By | State, Branch No & Cost Center |
|---|---|---|
| 06/04/2004 | Melissa Mennifield | AL   407   30305 |

[X] New Account   [ ] Name Change   [ ] Add Party to Account   [ ] Appoint Successor Custodian

## ONLY ONE ACCOUNT PER CARD - USE BLACK MEDIUM POINT PEN

**PARTIES TO THE ACCOUNT (NAME ONE OR MORE PARTIES)**
OCTAVIO TREJO PATINO JR

| SOCIAL SECURITY NUMBER | BANK NO | ACCOUNT NO |
|---|---|---|
| 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 | 077 | 16107166 |

**RIGHTS AT DEATH** (select one):

☐ SINGLE-PARTY ACCOUNT   At death of party, ownership passes as part of party's estate

☐ SINGLE-PARTY ACCOUNT WITH POD (PAY ON DEATH) DESIGNATION  (Name one or more beneficiaries)
_____
_____
_____
At death of party, ownership passes to POD beneficiaries and is not part of party's estate

☐ MULTIPLE-PARTY ACCOUNT WITH RIGHT OF SURVIVORSHIP AND POD (PAY ON DEATH) DESIGNATION  (Name one or more beneficiaries)
_____
_____
At death of last surviving party, ownership passes to POD beneficiaries and is not part of last surviving party's estate

*FLORIDA ONLY AND HUSBAND AND WIFE ONLY.
Compass Bank does not offer account ownership in the form of Joint Tenants by the Entirety  If you are a married couple who jointly own a survivorship account, the form of that account ownership is Joint Tenants with the right of survivorship  Joint Tenants by the Entirety is specifically disclaimed

☐ MULTIPLE-PARTY ACCOUNT WITH RIGHT OF SURVIVORSHIP  At death of party, ownership passes to surviving parties

**ACCOUNT AGREEMENT**  By signing below, Customer (1) requests a deposit account with Compass Bank, (2) acknowledges receiving a copy of the Disclosure Booklet for Consumer Accounts and either the Disclosure for Interest Earning Consumer Accounts or the Disclosure for Non-Interest Earning Consumer Accounts; and (3) agrees to the terms and conditions of the account provided in those disclosures  If this form is being used to add a party to the account or appoint a successor custodian, the existing party agrees to the addition or change by signing this card

Name  OCTAVIO TREJO PATINO JR                        Name  RONDA S BAIRD

Signature  NO SIGNATURE REQUIRED FOR BENEFICIARY     Signature  *Ronda S. Baird*

**TAXPAYER IDENTIFICATION NUMBER CERTIFICATION**
(Refer to the Disclosure Booklet for Consumer Accounts for a complete explanation of Backup Withholding Regulations )
Under penalties of perjury, I certify that
1. The Internal Revenue Service has not advised me that I am currently subject to backup withholding unless I check this block  ☐
2. I am a U.S. person (including a U.S resident alien) unless I check this block.  ☐
3 [X] The Social Security Number shown above is the correct Taxpayer Identification Number, OR
   ☐ I have applied for a Social Security Number (If number is not provided within 60 days, the account will be closed  If a withdrawal of $500 or more is made prior to the Bank's receipt of this number, the Bank will withhold 28% from interest payments ); OR
   ☐ All owners of this account are nonresident aliens and each owner has provided the appropriate completed Form W-8.

Signature of Tax Record Owner  *Ronda See Bai*

## ATM CARD APPLICATION

Sign me up for the fee schedule indicated.   ☐ Per-Transaction Charge   ☐ Monthly Fee   ☐ Annual Fee

☐ I AM APPLYING FOR A COMPASS CHECK CARD        [ ] PIN for Compass Check Card selected on Demomate
☐ ADDING LISTED ACCOUNTS TO EXISTING CARD NUMBER _____  Demomate ID No. (7 digits) _____  Related Offset No (5 digits) _____
☐ I ACKNOWLEDGE RECEIPT OF COMPASS COURIER CARD NO _____ AND OF THE COMPASS ATM CARD AGREEMENT
   AND DISCLOSURE STATEMENT

I WANT MY CARD TO ACCESS THE FOLLOWING ACCOUNTS (must be an owner on each account):

| Chk | Sav | Account Number | Chk | Sav | Account Number | Chk | Sav | Account Number |
|---|---|---|---|---|---|---|---|---|
|  | P |  |  |  |  |  |  |  |
|  | P |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

Signature _____  ID (Required) _____

## ATM CARD APPLICATION

☐ I AM APPLYING FOR A COMPASS CHECK CARD        [ ] PIN for Compass Check Card selected on Demomate
☐ ADDING LISTED ACCOUNTS TO EXISTING CARD NUMBER _____  Demomate ID No (7 digits) _____  Related Offset No (5 digits) _____
☐ I ACKNOWLEDGE RECEIPT OF COMPASS COURIER CARD NO _____ AND OF THE COMPASS ATM CARD AGREEMENT
   AND DISCLOSURE STATEMENT

I WANT MY CARD TO ACCESS THE FOLLOWING ACCOUNTS (must be an owner on each account)

| Chk | Sav | Account Number | Chk | Sav | Account Number | Chk | Sav | Account Number |
|---|---|---|---|---|---|---|---|---|
|  | P |  |  |  |  |  |  |  |
|  | P |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

Signature _____  ID (Required) _____

Rev 5/04                          Data Entry  (Bag)                   (JetForm - AFPERSG)   AL/FL

**Compass Bank**

**PERSONAL DEPOSIT ACCOUNT SIGNATURE CARD**

| Date | Prepared By | State, Branch No & Cost Center |
|---|---|---|
| 09/01/2004 | Sheron L Elmore | AL 407 30305 |

[X] New Account  [ ] Name Change  [ ] Add Party to Account  [ ] Appoint Successor Custodian

**ONLY ONE ACCOUNT PER CARD - USE BLACK MEDIUM POINT PEN**

PARTIES TO THE ACCOUNT (NAME ONE OR MORE PARTIES)
RONDA S BAIRD

| SOCIAL SECURITY NUMBER | BANK NO | ACCOUNT NO |
|---|---|---|
| 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 | 077 | 22141694 |

**RIGHTS AT DEATH (select one):**

[X] SINGLE-PARTY ACCOUNT   At death of party, ownership passes as part of party's estate

[ ] MULTIPLE-PARTY ACCOUNT WITH RIGHT OF SURVIVORSHIP AND POD (PAY ON DEATH) DESIGNATION   (Name one or more beneficiaries)

[ ] SINGLE-PARTY ACCOUNT WITH POD (PAY ON DEATH) DESIGNATION (Name one or more beneficiaries)

At death of last surviving party, ownership passes to POD beneficiaries and is not part of last surviving party's estate

At death of party, ownership passes to POD beneficiaries and is not part of party's estate.

*FLORIDA ONLY AND HUSBAND AND WIFE ONLY.
Compass Bank does not offer account ownership in the form of Joint Tenants by the Entirety   If you are a married couple who jointly own a survivorship account, the form of that account ownership is Joint Tenants with the right of survivorship   Joint Tenants by the Entirety is specifically disclaimed

[ ] MULTIPLE-PARTY ACCOUNT WITH RIGHT OF SURVIVORSHIP   At death of party, ownership passes to surviving parties

**ACCOUNT AGREEMENT:** By signing below, Customer (1) requests a deposit account with Compass Bank; (2) acknowledges receiving a copy of the Disclosure Booklet for Consumer Accounts and either the Disclosure for Interest Earning Consumer Accounts or the Disclosure for Non-Interest Earning Consumer Accounts, and (3) agrees to the terms and conditions of the account provided in those disclosures. If this form is being used to add a party to the account or appoint a successor custodian, the existing party agrees to the addition or change by signing this card

Name  RONDA S BAIRD                                        Name
Signature  /s/ Ronda Sue Baird                             Signature

**TAXPAYER IDENTIFICATION NUMBER CERTIFICATION**
(Refer to the Disclosure Booklet for Consumer Accounts for a complete explanation of Backup Withholding Regulations.)
Under penalties of perjury, I certify that:
1  The Internal Revenue Service has not advised me that I am currently subject to backup withholding unless I check this block  [ ]
2  I am a U S person (including a U S resident alien) unless I check this block.  [ ]
3  [X]  The Social Security Number shown above is the correct Taxpayer Identification Number, OR
   [ ]  I have applied for a Social Security Number (If number is not provided within 60 days, the account will be closed  If a withdrawal of $500 or more is made prior to the Bank's receipt of this number, the Bank will withhold 28% from interest payments.), OR
   [ ]  All owners of this account are nonresident aliens and each owner has provided the appropriate completed Form W-8

Signature of Tax Record Owner  /s/ Ronda Sue Baird

**ATM CARD APPLICATION**

Sign me up for the fee schedule indicated    [ ] Per-Transaction Charge    [ ] Monthly Fee    [X] Annual Fee

[ ] I AM APPLYING FOR A COMPASS CHECK CARD              [ ] PIN for Compass Check Card selected on Demomate
[ ] ADDING LISTED ACCOUNTS TO EXISTING CARD NUMBER _____    Demomate ID No. (7 digits) 0000000   Related Offset No (5 digits) 00000
[ ] I ACKNOWLEDGE RECEIPT OF COMPASS COURIER CARD NO _____ AND OF THE COMPASS ATM CARD AGREEMENT
    AND DISCLOSURE STATEMENT

**I WANT MY CARD TO ACCESS THE FOLLOWING ACCOUNTS (must be an owner on each account)**

| Chk | Sav | Account Number | Chk | Sav | Account Number | Chk | Sav | Account Number |
|---|---|---|---|---|---|---|---|---|
| X |   | P 0022141694 |   |   |   |   |   |   |
|   |   | P |   |   |   |   |   |   |

Signature  /s/ Ronda Sue Baird          ID (Required)  6371932

**ATM CARD APPLICATION**

[ ] I AM APPLYING FOR A COMPASS CHECK CARD              [ ] PIN for Compass Check Card selected on Demomate
[ ] ADDING LISTED ACCOUNTS TO EXISTING CARD NUMBER _____    Demomate ID No (7 digits) _____   Related Offset No (5 digits) _____
[ ] I ACKNOWLEDGE RECEIPT OF COMPASS COURIER CARD NO _____ AND OF THE COMPASS ATM CARD AGREEMENT
    AND DISCLOSURE STATEMENT

**I WANT MY CARD TO ACCESS THE FOLLOWING ACCOUNTS (must be an owner on each account).**

| Chk | Sav | Account Number | Chk | Sav | Account Number | Chk | Sav | Account Number |
|---|---|---|---|---|---|---|---|---|
|   |   | P |   |   |   |   |   |   |
|   |   | P |   |   |   |   |   |   |

Signature _____          ID (Required) _____

Rev 5/04                       Data Entry (Bag)                (JetForm - AFPERSG)   AL/FL

# Compass Bank

**PERSONAL DEPOSIT ACCOUNT SIGNATURE CARD**

| Date | Prepared By | State, Branch No & Cost Center |
|---|---|---|
| 09/01/2004 | Sheron L Elmore | AL    407    30305 |

[X] New Account    [ ] Name Change    [ ] Add Party to Account    [ ] Appoint Successor Custodian

**ONLY ONE ACCOUNT PER CARD - USE BLACK MEDIUM POINT PEN**

PARTIES TO THE ACCOUNT (NAME ONE OR MORE PARTIES)
RONDA S BAIRD

| SOCIAL SECURITY NUMBER | BANK NO | ACCOUNT NO |
|---|---|---|
| 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 | 077 | 22141694 |

**RIGHTS AT DEATH (select one):**

[X] SINGLE-PARTY ACCOUNT   At death of party, ownership passes as part of party's estate

[ ] SINGLE-PARTY ACCOUNT WITH POD (PAY ON DEATH) DESIGNATION (Name one or more beneficiaries)

[ ] MULTIPLE-PARTY ACCOUNT WITH RIGHT OF SURVIVORSHIP AND POD (PAY ON DEATH) DESIGNATION (Name one or more beneficiaries)

At death of last surviving party, ownership passes to POD beneficiaries and is not part of last surviving party's estate

At death of party, ownership passes to POD beneficiaries and is not part of party's estate

*FLORIDA ONLY AND HUSBAND AND WIFE ONLY.
Compass Bank does not offer account ownership in the form of Joint Tenants by the Entirety. If you are a married couple who jointly own a survivorship account, the form of that account ownership is Joint Tenants with the right of survivorship. Joint Tenants by the Entirety is specifically disclaimed.

[ ] MULTIPLE-PARTY ACCOUNT WITH RIGHT OF SURVIVORSHIP   At death of party, ownership passes to surviving parties

**ACCOUNT AGREEMENT:** By signing below, Customer (1) requests a deposit account with Compass Bank; (2) acknowledges receiving a copy of the Disclosure Booklet for Consumer Accounts and either the Disclosure for Interest Earning Consumer Accounts or the Disclosure for Non-Interest Earning Consumer Accounts, and (3) agrees to the terms and conditions of the account provided in those disclosures. If this form is being used to add a party to the account or appoint a successor custodian, the existing party agrees to the addition or change by signing this card

Name  RONDA S BAIRD                          Name _____
Signature  *Ronda See Baird*                 Signature _____

**TAXPAYER IDENTIFICATION NUMBER CERTIFICATION**
(Refer to the Disclosure Booklet for Consumer Accounts for a complete explanation of Backup Withholding Regulations)
Under penalties of perjury, I certify that:
1  The Internal Revenue Service has not advised me that I am currently subject to backup withholding unless I check this block  [ ]
2  I am a U.S. person (including a U.S resident alien) unless I check this block. [ ]
3  [X] The Social Security Number shown above is the correct Taxpayer Identification Number, OR
   [ ] I have applied for a Social Security Number (If number is not provided within 60 days, the account will be closed. If a withdrawal of $500 or more is made prior to the Bank's receipt of this number, the Bank will withhold 28% from interest payments), OR
   [ ] All owners of this account are nonresident aliens and each owner has provided the appropriate completed Form W-8

Signature of Tax Record Owner  *Ronda See Baird*

**ATM CARD APPLICATION**
Sign me up for the fee schedule indicated    [ ] Per-Transaction Charge    [ ] Monthly Fee    [X] Annual Fee

[ ] I AM APPLYING FOR A COMPASS CHECK CARD          [ ] PIN for Compass Check Card selected on Demomate
[ ] ADDING LISTED ACCOUNTS TO EXISTING CARD NUMBER _____    Demomate ID No (7 digits) 0000000    Related Offset No (5 digits) 00000
[ ] I ACKNOWLEDGE RECEIPT OF COMPASS COURIER CARD NO _____ AND OF THE COMPASS ATM CARD AGREEMENT
    AND DISCLOSURE STATEMENT

**I WANT MY CARD TO ACCESS THE FOLLOWING ACCOUNTS (must be an owner on each account):**

| Chk | Sav | Account Number | Chk | Sav | Account Number | Chk | Sav | Account Number |
|---|---|---|---|---|---|---|---|---|
| X |   | P 0022141694 |   |   |   |   |   |   |
|   |   | P |   |   |   |   |   |   |

Signature  *Ronda See Baird*          ID (Required) 6371932

**ATM CARD APPLICATION**
[ ] I AM APPLYING FOR A COMPASS CHECK CARD          [ ] PIN for Compass Check Card selected on Demomate
[ ] ADDING LISTED ACCOUNTS TO EXISTING CARD NUMBER _____    Demomate ID No (7 digits) _____    Related Offset No. (5 digits) _____
[ ] I ACKNOWLEDGE RECEIPT OF COMPASS COURIER CARD NO _____ AND OF THE COMPASS ATM CARD AGREEMENT
    AND DISCLOSURE STATEMENT

**I WANT MY CARD TO ACCESS THE FOLLOWING ACCOUNTS (must be an owner on each account)**

| Chk | Sav | Account Number | Chk | Sav | Account Number | Chk | Sav | Account Number |
|---|---|---|---|---|---|---|---|---|
|   |   | P |   |   |   |   |   |   |
|   |   | P |   |   |   |   |   |   |

Signature _____                ID (Required) _____

Rev 5/04                    Branch Copy                    (JetForm - AFPERSG)    AL/FL

**Compass Bank**

**PERSONAL DEPOSIT ACCOUNT SIGNATURE CARD**

| Date | Prepared By | State, Branch No & Cost Center |
|---|---|---|
| 10/14/2005 | Hannah Dean | AL    407    30305 |

[ ] New Account    [ ] Name Change    [X] Add Party to Account    [ ] Appoint Successor Custodian

**ONLY ONE ACCOUNT PER CARD - USE BLACK MEDIUM POINT PEN**

PARTIES TO THE ACCOUNT (NAME ONE OR MORE PARTIES)
OCTAVIO TREJO PATINO

| SOCIAL SECURITY NUMBER | BANK NO | ACCOUNT NO |
|---|---|---|
| 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 | 077 | 0026555744 |

**RIGHTS AT DEATH (select one):**

[ ] SINGLE-PARTY ACCOUNT    At death of party, ownership passes as part of party's estate

[ ] SINGLE-PARTY ACCOUNT WITH POD (PAY ON DEATH) DESIGNATION (Name one or more beneficiaries)

_____
_____

At death of party, ownership passes to POD beneficiaries and is not part of party's estate

[X] MULTIPLE-PARTY ACCOUNT WITH RIGHT OF SURVIVORSHIP    At death of party, ownership passes to surviving parties

[ ] MULTIPLE-PARTY ACCOUNT WITH RIGHT OF SURVIVORSHIP AND POD (PAY ON DEATH) DESIGNATION (Name one or more beneficiaries)

_____
_____

At death of last surviving party, ownership passes to POD beneficiaries and is not part of last surviving party's estate

*FLORIDA ONLY AND HUSBAND AND WIFE ONLY
Compass Bank does not offer account ownership in the form of Joint Tenants by the Entirety. If you are a married couple who jointly own a survivorship account, the form of that account ownership is Joint Tenants with the right of survivorship. Joint Tenants by the Entirety is specifically disclaimed.

**ACCOUNT AGREEMENT.** By signing below, Customer (1) requests a deposit account with Compass Bank, (2) acknowledges receiving a copy of the Disclosure Booklet for Consumer Accounts and either the Disclosure for Interest Earning Consumer Accounts or the Disclosure for Non-Interest Earning Consumer Accounts; and (3) agrees to the terms and conditions of the account provided in those disclosures. If this form is being used to add a party to the account or appoint a successor custodian, the existing party agrees to the addition or change by signing this card.

Name  OCTAVIO TREJO PATINO    Name  RONDA S BAIRD

Signature  _[signature]_    Signature  _Ronda S Baird_

**TAXPAYER IDENTIFICATION NUMBER CERTIFICATION**
(Refer to the Disclosure Booklet for Consumer Accounts for a complete explanation of Backup Withholding Regulations.)
Under penalties of perjury, I certify that
1. The Internal Revenue Service has not advised me that I am currently subject to backup withholding unless I check this block.  [ ]
2. I am a U.S. person (including a U.S. resident alien) unless I check this block.  [ ]
3. [X] The Social Security Number shown above is the correct Taxpayer Identification Number, OR
   [ ] I have applied for a Social Security Number (If number is not provided within 60 days, the account will be closed. If a withdrawal of $500 or more is made prior to the Bank's receipt of this number, the Bank will withhold 28% from interest payments), OR
   [ ] All owners of this account are nonresident aliens and each owner has provided the appropriate completed Form W-8.

Signature of Tax Record Owner  _____

**ATM CARD APPLICATION**

Sign me up for the fee schedule indicated    [ ] Per-Transaction Charge    [ ] Monthly Fee    [ ] Annual Fee

[ ] I AM APPLYING FOR A COMPASS CHECK CARD    [ ] PIN for Compass Check Card selected on Demomate
[ ] ADDING LISTED ACCOUNTS TO EXISTING CARD NUMBER _____    Demomate ID No. (7 digits) _____    Related Offset No. (5 digits) _____
[ ] I ACKNOWLEDGE RECEIPT OF COMPASS COURIER CARD NO _____ AND OF THE COMPASS ATM CARD AGREEMENT
    AND DISCLOSURE STATEMENT

I WANT MY CARD TO ACCESS THE FOLLOWING ACCOUNTS (must be an owner on each account):

| Chk | Sav | Account Number | Chk | Sav | Account Number | Chk | Sav | Account Number |
|---|---|---|---|---|---|---|---|---|
|  |  | P |  |  |  |  |  |  |
|  |  | P |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

Signature _____    ID (Required) _____

**ATM CARD APPLICATION**

[ ] I AM APPLYING FOR A COMPASS CHECK CARD    [ ] PIN for Compass Check Card selected on Demomate
[ ] ADDING LISTED ACCOUNTS TO EXISTING CARD NUMBER _____    Demomate ID No. (7 digits) _____    Related Offset No. (5 digits) _____
[ ] I ACKNOWLEDGE RECEIPT OF COMPASS COURIER CARD NO _____ AND OF THE COMPASS ATM CARD AGREEMENT
    AND DISCLOSURE STATEMENT

I WANT MY CARD TO ACCESS THE FOLLOWING ACCOUNTS (must be an owner on each account):

| Chk | Sav | Account Number | Chk | Sav | Account Number | Chk | Sav | Account Number |
|---|---|---|---|---|---|---|---|---|
|  |  | P |  |  |  |  |  |  |
|  |  | P |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

Signature _____    ID (Required) _____

Rev 5/04    Data Entry (Bag)    (JetForm - AFPERSG)    AL/FL

**Compass Bank**

**PERSONAL DEPOSIT ACCOUNT SIGNATURE CARD**

| Date | Prepared By | State, Branch No & Cost Center |
|---|---|---|
| 09/08/2005 | Sheron L. Elmore | AL  407  30305 |

[X] New Account  [ ] Name Change  [ ] Add Party to Account  [ ] Appoint Successor Custodian

**ONLY ONE ACCOUNT PER CARD - USE BLACK MEDIUM POINT PEN**

PARTIES TO THE ACCOUNT (NAME ONE OR MORE PARTIES)

OCTAVIO TREJO PATINO

| SOCIAL SECURITY NUMBER | BANK NO | ACCOUNT NO |
|---|---|---|
| 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 | 077 | 26555744 |

**RIGHTS AT DEATH (select one):**

[X] SINGLE-PARTY ACCOUNT   At death of party, ownership passes as part of party's estate

[ ] SINGLE-PARTY ACCOUNT WITH POD (PAY ON DEATH) DESIGNATION (Name one or more beneficiaries)
_____
At death of party, ownership passes to POD beneficiaries and is not part of party's estate

[ ] MULTIPLE-PARTY ACCOUNT WITH RIGHT OF SURVIVORSHIP At death of party, ownership passes to surviving parties

[ ] MULTIPLE-PARTY ACCOUNT WITH RIGHT OF SURVIVORSHIP AND POD (PAY ON DEATH) DESIGNATION (Name one or more beneficiaries)
_____
At death of last surviving party, ownership passes to POD beneficiaries and is not part of last surviving party's estate

*FLORIDA ONLY AND HUSBAND AND WIFE ONLY.
Compass Bank does not offer account ownership in the form of Joint Tenants by the Entirety. If you are a married couple who jointly own a survivorship account, the form of that account ownership is Joint Tenants with the right of survivorship. Joint Tenants by the Entirety is specifically disclaimed.

**ACCOUNT AGREEMENT:** By signing below, Customer (1) requests a deposit account with Compass Bank, (2) acknowledges receiving a copy of the Disclosure Booklet for Consumer Accounts and either the Disclosure for Interest Earning Consumer Accounts or the Disclosure for Non-Interest Earning Consumer Accounts, and (3) agrees to the terms and conditions of the account provided in those disclosures. If this form is being used to add a party to the account or appoint a successor custodian, the existing party agrees to the addition or change by signing this card.

Name  OCTAVIO TREJO PATINO                       Name _____

Signature  _/s/ Octavio Trejo Patino_             Signature  _/s/ Octavio Trejo Patino_

**TAXPAYER IDENTIFICATION NUMBER CERTIFICATION**
(Refer to the Disclosure Booklet for Consumer Accounts for a complete explanation of Backup Withholding Regulations.)
Under penalties of perjury, I certify that:
1. The Internal Revenue Service has not advised me that I am currently subject to backup withholding unless I check this block [ ]
2. I am a U.S. person (including a U.S. resident alien) unless I check this block. [ ]
3. [X] The Social Security Number shown above is the correct Taxpayer Identification Number, OR
   [ ] I have applied for a Social Security Number (If number is not provided within 60 days, the account will be closed. If a withdrawal of $500 or more is made prior to the Bank's receipt of this number, the Bank will withhold 28% from interest payments), OR
   [ ] All owners of this account are nonresident aliens and each owner has provided the appropriate completed Form W-8

Signature of Tax Record Owner  _/s/ Octavio Trejo Patino_

**ATM CARD APPLICATION**

Sign me up for the fee schedule indicated:  [ ] Per-Transaction Charge  [ ] Monthly Fee  [X] Annual Fee

[ ] I AM APPLYING FOR A COMPASS CHECK CARD    [ ] PIN for Compass Check Card selected on Demomate
[ ] ADDING LISTED ACCOUNTS TO EXISTING CARD NUMBER _____    Demomate ID No. (7 digits) 0000000    Related Offset No. (5 digits) 00000
[ ] I ACKNOWLEDGE RECEIPT OF COMPASS COURIER CARD NO _____ AND OF THE COMPASS ATM CARD AGREEMENT AND DISCLOSURE STATEMENT.

I WANT MY CARD TO ACCESS THE FOLLOWING ACCOUNTS (must be an owner on each account)

| Chk | Sav | Account Number | Chk | Sav | Account Number | Chk | Sav | Account Number |
|---|---|---|---|---|---|---|---|---|
| X |  | P 0026555744 |  |  |  |  |  |  |
|  |  | P |  |  |  |  |  |  |

Signature  _/s/ Octavio Trejo Patino_              ID (Required)  7459511

**ATM CARD APPLICATION**

[ ] I AM APPLYING FOR A COMPASS CHECK CARD    [ ] PIN for Compass Check Card selected on Demomate
[ ] ADDING LISTED ACCOUNTS TO EXISTING CARD NUMBER _____    Demomate ID No. (7 digits) _____  Related Offset No. (5 digits) _____
[ ] I ACKNOWLEDGE RECEIPT OF COMPASS COURIER CARD NO _____ AND OF THE COMPASS ATM CARD AGREEMENT AND DISCLOSURE STATEMENT

I WANT MY CARD TO ACCESS THE FOLLOWING ACCOUNTS (must be an owner on each account):

| Chk | Sav | Account Number | Chk | Sav | Account Number | Chk | Sav | Account Number |
|---|---|---|---|---|---|---|---|---|
|  |  | P |  |  |  |  |  |  |
|  |  | P |  |  |  |  |  |  |

Signature  _/s/ Octavio Trejo Patino_              ID (Required)  _____

Rev 5/04                              Data Entry (Bag)                 (JetForm - AFPERSG)  AL/FL

**Compass Bank**

**PERSONAL DEPOSIT ACCOUNT SIGNATURE CARD**

| Date | Prepared By | State, Branch No & Cost Center |
|---|---|---|
| 10/14/2005 | Hannah Dean | AL   407   30305 |

[X] New Account  [ ] Name Change  [ ] Add Party to Account  [ ] Appoint Successor Custodian

**ONLY ONE ACCOUNT PER CARD - USE BLACK MEDIUM POINT PEN**

PARTIES TO THE ACCOUNT (NAME ONE OR MORE PARTIES)
BARBARA S HAYNES

| SOCIAL SECURITY NUMBER | BANK NO | ACCOUNT NO |
|---|---|---|
| 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 | 077 | 28071124 |

**RIGHTS AT DEATH** (select one):

[ ] SINGLE-PARTY ACCOUNT  At death of party, ownership passes as part of party's estate

[ ] MULTIPLE-PARTY ACCOUNT WITH RIGHT OF SURVIVORSHIP AND POD (PAY ON DEATH) DESIGNATION  (Name one or more beneficiaries)

[ ] SINGLE-PARTY ACCOUNT WITH POD (PAY ON DEATH) DESIGNATION  (Name one or more beneficiaries)

At death of last surviving party, ownership passes to POD beneficiaries and is not part of last surviving party's estate

At death of party, ownership passes to POD beneficiaries and is not part of party's estate

*FLORIDA ONLY AND HUSBAND AND WIFE ONLY
Compass Bank does not offer account ownership in the form of Joint Tenants by the Entirety.  If you are a married couple who jointly own a survivorship account, the form of that account ownership is Joint Tenants with the right of survivorship.  Joint Tenants by the Entirety is specifically disclaimed.

[X] MULTIPLE-PARTY ACCOUNT WITH RIGHT OF SURVIVORSHIP  At death of party, ownership passes to surviving parties

**ACCOUNT AGREEMENT** By signing below, Customer (1) requests a deposit account with Compass Bank, (2) acknowledges receiving a copy of the Disclosure Booklet for Consumer Accounts and either the Disclosure for Interest Earning Consumer Accounts or the Disclosure for Non-Interest Earning Consumer Accounts; and (3) agrees to the terms and conditions of the account provided in those disclosures.  If this form is being used to add a party to the account or appoint a successor custodian, the existing party agrees to the addition or change by signing this card

Name  BARBARA S HAYNES                                Name  Ronda S Baird
Signature  _Barbara S Hay_                            Signature  _Ronda S. Baird_

**TAXPAYER IDENTIFICATION NUMBER CERTIFICATION**
(Refer to the Disclosure Booklet for Consumer Accounts for a complete explanation of Backup Withholding Regulations)
Under penalties of perjury, I certify that
1  The Internal Revenue Service has not advised me that I am currently subject to backup withholding unless I check this block  [ ]
2. I am a U S person (including a U.S resident alien) unless I check this block  [ ]
3.  [ ] The Social Security Number shown above is the correct Taxpayer Identification Number, OR
    [ ] I have applied for a Social Security Number (If number is not provided within 60 days, the account will be closed. If a withdrawal of $500 or more is made prior to the Bank's receipt of this number, the Bank will withhold 28% from interest payments), OR
    [ ] All owners of this account are nonresident aliens and each owner has provided the appropriate completed Form W-8

Signature of Tax Record Owner  _Barbara S Hay_

**ATM CARD APPLICATION**
Sign me up for the fee schedule indicated  [ ] Per-Transaction Charge  [ ] Monthly Fee  [X] Annual Fee
[X] I AM APPLYING FOR A COMPASS CHECK CARD   [X] PIN for Compass Check Card selected on Demomate
[ ] ADDING LISTED ACCOUNTS TO EXISTING CARD NUMBER _____   Demomate ID No. (7 digits) 0000000   Related Offset No (5 digits) 00000
[ ] I ACKNOWLEDGE RECEIPT OF COMPASS COURIER CARD NO _____  AND OF THE COMPASS ATM CARD AGREEMENT
     AND DISCLOSURE STATEMENT

I WANT MY CARD TO ACCESS THE FOLLOWING ACCOUNTS (must be an owner on each account)

| Chk | Sav | Account Number | Chk | Sav | Account Number | Chk | Sav | Account Number |
|---|---|---|---|---|---|---|---|---|
| X |   | P 0028071124 |   |   |   |   |   |   |
|   |   | P |   |   |   |   |   |   |

Signature _____  ID (Required) 4644152

**ATM CARD APPLICATION**
[ ] I AM APPLYING FOR A COMPASS CHECK CARD   [ ] PIN for Compass Check Card selected on Demomate
[ ] ADDING LISTED ACCOUNTS TO EXISTING CARD NUMBER _____   Demomate ID No (7 digits) _____   Related Offset No (5 digits) _____
[ ] I ACKNOWLEDGE RECEIPT OF COMPASS COURIER CARD NO _____  AND OF THE COMPASS ATM CARD AGREEMENT
     AND DISCLOSURE STATEMENT

I WANT MY CARD TO ACCESS THE FOLLOWING ACCOUNTS (must be an owner on each account)

| Chk | Sav | Account Number | Chk | Sav | Account Number | Chk | Sav | Account Number |
|---|---|---|---|---|---|---|---|---|
|   |   | P |   |   |   |   |   |   |
|   |   | P |   |   |   |   |   |   |

Signature _____  ID (Required) _____

Rev 5/04                                       Data Entry (Bag) __ __                    (JetForm - AFPERSG)  AL/FL