IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEIZURE OF: | ) ) ) | |
| CONTENTS OF COMPASS BANK ACCOUNT NUMBER 87330605 IN THE NAME OF RAPID DRYWALL SUBCONTRACTORS, INC.; | ) ) ) ) ) | Misc No. 2:06mj109-CSC |
| CONTENTS OF COMPASS BANK ACCOUNT NUMBER 26555744 IN THE NAME OF OCTAVIO TREJO PATINO AND RONDA BAIRD; | ) ) ) ) ) | Misc No. 2:06mj110-CSC |
| CONTENTS OF COMPASS BANK ACCOUNT NUMBER 28071124 IN THE NAME OF BARBARA S. HAYNES AND RONDA BAIRD; | ) ) ) ) ) | Misc No. 2:06mj111-CSC |
| CONTENTS OF COMPASS BANK ACCOUNT NUMBER 22141694 IN THE NAME OF RONDA S. BAIRD; | ) ) ) ) | Misc No. 2:06mj112-CSC |
| CONTENTS OF COMPASS BANK ACCOUNT NUMBER 16107174 IN THE NAME OF CHRE' SHAWNTAE HOUSTON, RONDA BAIRD CUSTODIAN; | ) ) ) ) ) ) | Misc No. 2:06mj113-CSC |
| CONTENTS OF COMPASS BANK ACCOUNT NUMBER 16107166 IN THE NAME OF OCTAVIO TREJO PATINO, JR., RONDA BAIRD CUSTODIAN. | ) ) ) ) ) ) | Misc No. 2:06mj114-CSC |

**O R D E R**

Now pending before the court is a Motion for Release of Seized Funds in the afore-

referenced cases. *See* Doc. # 4 in each case. The court held an evidentiary hearing on December 12, 2006, to determine ownership of the accounts prior to releasing funds from the accounts. The court is satisfied that Octavio Trejo Patino and Ronda Baird own the accounts in question and can authorize the release of the funds in accordance with the stipulation attached to the motion to release funds.

Accordingly, upon consideration of the Motion for Release of Seized Funds filed in the above-styled matters, and for good cause, it is

**ORDERED** that the motion to release seized funds (doc. # 4) be and is hereby GRANTED to the extent that $50,000 of the funds seized from the above-styled seizure warrants be released to Mark A. Treadwell as attorney for Octavio Trejo Patino and Ronda Baird.

Done this 14th day of December, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE